**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

ADAM FRIEDMAN, individually and on behalf of all others similarly situated,

CASE NO.: 0:24-cv-61050-RS

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.
_________________________________________/

**DEFENDANT USHEALTH ADVISORS,**
**LLC'S DISCLOSURE STATEMENT PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant USHEALTH Advisors, LLC ("USHA") makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

USHA's parent corporation is USHEALTH Group, Inc. USHA is a wholly-owned indirect subsidiary of UnitedHealth Group Incorporated, which is a publicly traded corporation.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor:

This item does not apply to this action.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

Adam Friedman – Plaintiff

Manuel Santiago Hiraldo, Michael Eisenband, Hiraldo P.A., and Eisenband Law, P.A. – attorneys for Plaintiff Adam Friedman

USHEALTH Advisors, LLC – Defendant

Jeffrey A. Backman, Roy Taub, and Greenspoon Marder LLP – attorneys for Defendant USHEALTH Advisors, LLC

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

USHA's parent company is USHEALTH Group, Inc., which is not publicly traded. In an abundance of caution, USHA discloses that it is a wholly-owned indirect subsidiary of UnitedHealth Group Incorporated, which is a publicly traded corporation.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

To USHA's knowledge, there are no such additional entities.

6. Identify each person arguably eligible for restitution:

To USHA's knowledge, there are no such persons.

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: July 26, 2024

GREENSPOON MARDER LLP

By: *<u>/s/ Roy Taub</u>*
JEFFREY A. BACKMAN (Bar No. 662501)
ROY TAUB (Bar No. 116263)
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

Telephone: 954-491-1120
Facsimile: 954-343-6958
jeffrey.backman@gmlaw.com
mary.torres@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendant*
*USHEALTH Advisors, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have filed the foregoing via CM/ECF this 26th day of July, 2024, which will forward a copy of this document to all counsel of record.

*/s/ Roy Taub*
ROY TAUB