**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:24-cv-61050-RS**

**ADAM FRIEDMAN,**
individually and on behalf of all
others similarly situated,

Plaintiff,

v.

**US HEALTH ADVISORS, LLC.**

Defendant.
_______________________________________/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

# STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff Adam Friedman, and Defendant, USHEALTH Advisors, LLC, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Friedman's claims against Defendant. Each Party shall bear their own respective costs and attorneys' fees. This Stipulation for Dismissal disposes of the entire action.

Dated: November 6, 2024

Respectfully submitted,

EISENBAND LAW PA
*/s/ Michael Eisenband*
Michael Eisenband
515 E Las Olas Blvd., Ste 120
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com
Telephone: 954-732-2792
*Counsel for Plaintiff*

GREENSPOON MARDER LLP

By: */s/ Jeffrey A. Backman*
Jeffrey A. Backman (Bar No. 662501)

Roy Taub (Bar No. 116263)
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com

mary.torres@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com

*Attorneys for Defendant*
*USHEALTH Advisors, LLC*